# Court of Appeals
# of the State of Georgia

ATLANTA,  December 08, 2023

*The Court of Appeals hereby passes the following order:*

## A24A0468. NICU COSTACHE v. JACKSON COUNTY.

Jackson County, Georgia filed a condemnation action against Nicu Costache and others. The trial court entered an order condemning the property in August 2022. On August 23, 2023, the trial court entered a final judgment, awarding $5,700 in compensation for Costache's property interests. Costache filed a notice of appeal on September 26, 2023. We lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of an appealable judgment. OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (citation and punctuation omitted). Here, Costache filed his notice of appeal 34 days after the entry of the trial court's order. Therefore, we lack jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  12/08/2023

    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

    Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.